

HANOVER
# Lawyers Advantage
Professional Liability Insurance

## Renewal Application

*Underwritten by The Hanover Insurance Company*

**NOTICE: THIS APPLICATION IS FOR A CLAIMS-MADE AND REPORTED POLICY. SUBJECT TO ITS TERMS, THIS POLICY WILL APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

### INSTRUCTIONS

Whenever used in this Application, the term **Firm** shall mean the **Named Insured** proposed for insurance, and **You** or **Your(s)** shall mean the persons and entities proposed for insurance unless otherwise stated.

### A. APPLICANT INFORMATION

1. Full Legal Name of **Firm** (include all **Firm** names and DBAs under which the **Firm** operates): Law Office of Jennifer S. Gormley PC *Please explain if name differs from the Named Insured letterhead.*

2. **Firm's** Email Address: info@elderlawsource.com OR denise@elderlawsource.com Website: www.elderlawsource.com
   Has the Firm's address changed? ☐Yes ☑No
   *If "Yes", please provide the* ***Firm's*** *address in the space below:*

3. Is coverage sought for a Title Agency? ☐Yes ☑No
   *If "Yes", please complete the Title Agency Supplement for coverage consideration.*

### B. ATTORNEY ROSTER

4. Roster of Lawyers *(Use a separate sheet if needed)*

| Lawyer Name | Position* | Date of Hire | Retro Date (if other than Date of Hire) | Hours Worked per week | State(s) of Licensure | Date(s) Admitted |
|---|---|---|---|---|---|---|
| 1. Jennifer S. Gormley | O | 5/96 | | 40+ | CO | 5/96 |
| 2. Steven L. Hill | E | 10/15/2018 | | 40+ | CO | 9/04 |
| 3. Carol R. Leirer | E | 3/23/2020 | | 40+ | CO | 11/99 |
| 4. Amber R. Craig | E | 3/9/2020 | | 40+ | CO + CA | CA 12/10 CO 11/20 |
| 5. | | | | | | |

*** O – Owner E – Employee OC – Of Counsel** IC – Independent contractor****

** Coverage limited to work done for the **Firm**



HANOVER
Lawyers Advantage
Renewal Application

## C. AREAS OF PRACTICE

5. In the columns provided below, please estimate the percentage of hours per year the **Firm** works in each area of practice.
*Must total 100%. Please round to the nearest whole number.*
*If marked with "(Questionnaire)", please complete the corresponding Questionnaire for that Area of Practice.*

| % | Area of Practice | Area of Practice | % |
|---|---|---|---|
| | Admiralty / Marine | Local Government / Municipal | |
| 1 | Appellate | Mediation, Arbitration (other than Securities/FINRA) | |
| | Banking / Financial Institution *(Questionnaire)* | Mergers & Acquisitions | |
| | Bankruptcy *(Questionnaire)* | Oil & Gas, Mineral Rights *(Questionnaire)* | ~~0~~ |
| 10 | Civil / Commercial Litigation - Defense | Plaintiff Litigation - Class Action / Mass Tort *(Supplement)* | |
| 10 | Civil / Commercial Litigation - Plaintiff | *Social Security / Disability / Medicare* | 10 |
| | Civil Rights / Discrimination | *Personal Injury Defense* | |
| | Collections *(Questionnaire)* | Plaintiff Personal Injury > $500K *(Questionnaire)* | |
| | Commercial Law / Business Transactions >$1M | Plaintiff Personal Injury < $500K *(Questionnaire)* | |
| | Commercial Law / Business Transactions <$1M | Real Estate > $1M *(Questionnaire)* | |
| 1 | Construction Law | Real Estate < $1M *(Questionnaire)* | 1 |
| 1 | Corporate Formation | Schools & Education (not finance) | |
| 1 | Criminal Defense | Securities *(Questionnaire)* | |
| | Employee Benefit Plans, ERISA | Taxation - Corporate | |
| | Entertainment Law *(Questionnaire)* | Taxation - Individual | |
| | Environmental Regulatory *(Questionnaire)* | Tax Opinions | |
| 2 | Family Law > $2M | Tribal Law | |
| 3 | Family Law < $2M | Water Rights | |
| | Immigration | Wills / Estate / Trust / Probate > $5M *(Questionnaire)* | 5 |
| | Insurance Defense *(Questionnaire)* | Wills / Estate / Trust / Probate $2M – $5M *(Questionnaire)* | 25 |
| | Intellectual Property -Copyright/Trademark *(Questionnaire)* | Wills / Estate / Trust / Probate < $2M *(Questionnaire)* | 30 |
| | Intellectual Property – Patent *(Questionnaire)* | Workers Compensation (Defense) | |
| | International/Foreign Law | Workers Compensation (Plaintiff) | |
| | Labor – Management Representation | Other ______ *(Please provide a description)* | |
| | Labor – Union Representation | Total: | 100 % |

[Handwritten initials and dates beside corrections: "8-27-21"]



HANOVER
Lawyers Advantage
Renewal Application

## D. FIRM OPERATIONS & MANAGEMENT

6. What is the total number of non-attorney staff? 3
*If staff to attorney ratio is greater than 3:1, please attach a roster of non-attorney staff.*

7. Total Gross Billings:
Most Recent Fiscal Year: 2020 - 1,165,167 - Previous Fiscal Year: 2019 - 1,018,822 -

8. Do any of **You** serve as director, officer, trustee, consultant, or in any other capacity for a **Firm** client? ☐ Yes ☑ No
*If "Yes", please complete the Outside Interest Questionnaire*

9. Does the **Firm** share letterhead with any lawyer (other than the attorneys listed in the roster above) or firm; or does **Your** name appear on the letterhead of any other lawyer or firm? ☐ Yes ☑ No
*If "Yes", please provide a copy of the letterhead(s).*

10. How many suits for collection of delinquent fees have been filed by the **Firm** in the past year? 0
*If 3 or more, please complete the Fee Suit Questionnaire.*

11. Since the completion of the last application, have there been any changes to the **Firm's** docket/ calendar system, conflict of interest or client intake procedures, or the use of engagement/ disengagement letters? ☐ Yes ☑ No
*Provide details for any "Yes" response:*

12. In the past 5 years, has the **Firm**, or any attorney with the **Firm**, provided legal services in any way related to the following areas of practice?

a. Class Action / Mass Tort ☐ Yes ☑ No
b. Entertainment / Entertainment Clientele ☐ Yes ☑ No
c. Marijuana (Medical and/or Recreational) ☐ Yes ☑ No
d. Patent ☐ Yes ☑ No
e. Securities (Public and/or Private) ☐ Yes ☑ No
f. Water Rights ☐ Yes ☑ No

*Please provide details for any "Yes" response:*

13. List the five largest clients to whom the **Firm** has provided legal services in the past twelve months.
*("Largest Case Value" refers to size/value of transaction, not amount billed by the* ***Firm****.)*

| Client Name | Client's Industry | Area of Practice | Percentage of Firm's Annual Billings | Largest Case Value |
|---|---|---|---|---|
| #1 (L.G.) | POA | Probate Litigation | 10 | |
| #2 (G.R.) | Surviving Spouse | Trust Litigation | 8 | |
| #3 (S.D.) | Beneficiary | Probate Litigation | 6 | |
| #4 (T.O) | Interested Person | Probate Litigation | 4 | |
| #5 (S.S.) | Beneficiary | Probate Litigation | 2 | |

**Where a client's name may not be disclosed, please insert a number from 1-5 (as applicable) in the Client Name fields*



## E. LOSS INFORMATION AND FIRM'S REPRESENTATIONS

14. Since completion of the last application, has any professional liability claim or suit ever been made against the **Firm**, any **Predecessor Firm**, or any of the **Firm's** or any **Predecessor Firm's** current or former professional staff? ☐Yes ☑No
*If "Yes", please indicate how many:________ and submit 5 year loss runs.*
15. Do any of **You** know of any incident, negligent act, error or omission, or other circumstance that could result in a claim or suit against the **Firm** or any **Predecessor Firm** or any of the **Firm's** or any **Predecessor Firm's** current or former professional staff? ☐Yes ☑No
*If "Yes" to 14 or 15 above, please complete a Claim Supplement for each matter.*
16. Since completion of the last application, have any of **You** been subject to any disciplinary inquiry, complaint, grievance, or proceeding, for any reason including non-payment of dues? ☑Yes ☐No
17. Have any of **You** ever been refused admission to practice, disbarred, suspended, formally reprimanded, or sanctioned in any other way? ☐Yes ☑No
*If "Yes" to question 16 or 17 above, please complete the Disciplinary Questionnaire.*

**IMPORTANT**: Without prejudice to any of **Our** other rights and remedies, all of **You** understand and agree that if any such fact, circumstance or situation exists, which is not disclosed in response to the questions above, any claim or action arising from such fact, circumstance or situation is excluded from coverage under the proposed policy.

## F. DECLARATIONS, NOTICE & SIGNATURE

The undersigned, acting on behalf of the **Firm**, represents that the statements set forth in this Application are true and correct and that thorough efforts were made to obtain requested information from all of **You** to facilitate the proper and accurate completion of this Application.

The undersigned agree that the information provided in this Application and any material submitted herewith are the representations of all of **You** and that they are material and are the basis for issuance of the insurance **Policy** provided by **Us**. The undersigned further agree that the Application and any material submitted herewith shall be considered attached to and a part of the **Policy**. Any material submitted with the Application shall be maintained on file (either electronically or paper) with **Us**.

It is further agreed that:

- If any of **You** discover or become aware of any material change which would render the Application inaccurate or incomplete between the date of this application and the **Policy** inception date, notice of such change will be reported in writing to **Us** as soon as practicable;
- Any **Policy** issued will be in reliance upon the truthfulness of the information provided in this Application.
- The signing of this Application does not bind the **Firm** to purchase insurance.

The information requested in this Application is for underwriting purposes only and does not constitute notice to **Us** under any policy of a **Claim** or potential **Claim**.

**GENERAL FRAUD NOTICE: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly provides false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.**

**NOTICE TO ALABAMA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**NOTICE TO ARIZONA AND MISSOURI APPLICANTS:** Claim Expenses are Inside the Policy Limits. All claim expenses shall first be subtracted from the limit of liability, with the remainder, if any, being the amount available to pay for damages.



HANOVER
Lawyers Advantage
Renewal Application

**NOTICE TO ARKANSAS, LOUISIANA AND WEST VIRGINIA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO CALIFORNIA APPLICANTS:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**NOTICE TO HAWAII APPLICANTS:** For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**NOTICE TO IDAHO AND OKLAHOMA APPLICANTS:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO KANSAS APPLICANTS:** Any person who commits a fraudulent insurance act is guilty of a crime and may be subject to restitution, fines and confinement in prison. A fraudulent insurance act means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to, or by an insurer, purported insurer or insurance agent or broker, any written statement as part of, or in support of, an application for insurance, or the rating of an insurance policy, or a claim for payment or other benefit under an insurance policy, which such person knows to contain materially false information concerning any material fact thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

**NOTICE TO KENTUCKY APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**NOTICE TO MAINE, TENNESSEE, VIRGINIA, AND WASHINGTON APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**NOTICE TO MARYLAND APPLICANTS:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MICHIGAN APPLICANTS:** Any person who knowingly and with intent to defraud an insurance company or another person files an application for insurance containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent act, which is a crime and subjects the person to criminal and civil penalties.

**NOTICE TO NEW JERSEY APPLICANTS:** Any person who knowingly includes any false or misleading information on an application for an insurance policy or files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NOTICE TO NEW HAMPSHIRE APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages.

**NOTICE TO NEW MEXICO AND RHODE ISLAND APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.



HANOVER
Lawyers Advantage
Renewal Application

**NOTICE TO OHIO APPLICANTS:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.
**NOTICE TO OREGON APPLICANTS:** Any person who knowingly and with intent to defraud or solicit another to defraud any insurance company: (1) by submitting an application, or (2) by filing a claim containing a false statement as to any material fact, may be violating state law.
**NOTICE TO PENNSYLVANIA APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.
**NOTICE TO VERMONT APPLICANTS:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

***Note:*** *This Application must be signed by a representative of the* ***Firm*** *acting as the authorized representative of all of* ***You.***

| ***Date*** | ***Signature/Title*** |
|---|---|
| 7-7-2021 | [signature] Owner Attorney |
| (mm/dd/yyyy) | (Chief Executive Officer, President, Chief Financial Officer, Managing Partner or Owner) |

Agent's Signature:____________________________________

**Supporting Documentation: Please attach a copy of the following:**

- ☐ All copies of letterhead on which the **Firm** is listed.
- ☐ Questionnaires for areas of practice as required in Section C.
- ☐ Questionnaire for Outside Interest as required in Section D.

Law Office of Jennifer S. Gormley, P.C.

*www.elderlawsource.com*
6060 Greenwood Plaza Blvd., Suite 300 • Greenwood Village, Colorado 80111 • 303.783.9600 • 303.783.9610 (Fax)



HANOVER
# Lawyers Advantage
Professional Liability Insurance

## Combined AOP Supplemental Questionnaire

*Underwritten by The Hanover Insurance Company*

**NOTICE: THIS QUESTIONNAIRE IS FOR A CLAIMS-MADE AND REPORTED POLICY. SUBJECT TO ITS TERMS, THIS POLICY WILL APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

### INSTRUCTIONS

- **Complete only the AOP Sections of this Questionnaire that apply. For all others select N/A.**
- **If additional space is needed, attach a separate sheet of paper.**

Whenever used in this Questionnaire, the term **Firm** shall mean the **Named Insured** proposed for insurance, and **You** or **Your(s)** shall mean the persons and entities proposed for insurance unless otherwise stated.

### A. GENERAL INFORMATION

Name of **Firm** Law Office of Jennifer S. Gormley PC

### B. FAMILY LAW ☐ N/A

1. How many lawyers at the **Firm** perform family law work? 2
2. What is the average number of years of family law experience? 15
3. Does the **Firm's** family law practice include services relating to surrogacy or international adoption? ☐ Yes ☑ No
   *If "Yes", please provide an explanation:*
4. Please complete the following chart estimating the percentage of **Your** family law work according to marital asset value:

| Value of Marital Assets | Estimated Percentage of Family Law Work |
|---|---|
| Up to or Equal to $2,000,000 | 100 |
| Over $2,000,000 | |

5. What were the three largest marital asset values in the past twelve months?

### C. COMMERCIAL LAW & BUSINESS TRANSACTIONS ☑ N/A

1. How many lawyers at the **Firm** perform commercial law/business transactions? 0
2. What is the average number of years of commercial law/business transactions experience?
3. Describe the type and nature of the commercial law/business transactions, including a description of the parties represented.



HANOVER
Lawyers Advantage
Combined AOP Supplemental Questionnaire

4. Do the **Firm's** commercial law/business transactions services involve regulatory matters or audits? ☐ Yes ☐ No
*If "Yes", what percentage of **Your** commercial law practice does this work account for?* ______
5. What was the largest transaction value (not amount billed) in the past twelve months? ______

## D. MERGERS & ACQUISITIONS ☑ N/A

1. How many lawyers at the **Firm** perform mergers & acquisitions work? 0
2. What is the average number of years of mergers & acquisitions experience? ______
3. Complete the following for the five largest mergers/acquisitions from the past two years:

| Client Name | Transaction Value | Year | Friendly or Hostile | Description of Legal Services |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

***Where a client's name may not be disclosed, please insert a number from 1-5 (as applicable) in the Client Name field.***

## E. CREDITORS' RIGHTS (BANKRUPTCY AND/OR COLLECTIONS) ☑ N/A

**BANKRUPTCY** ☑ N/A

1. How many lawyers at the **Firm** perform bankruptcy work? 0
2. What is the average number of years of bankruptcy experience? ______
3. Please provide the percentage of bankruptcy cases in the following categories:
   - Debtor Representation: ______%
   - Creditor Representation: ______%
   - As Trustee: ______%
   - Other: ______%
4. Does the **Firm** have standard review procedures to certify the accuracy of debtor schedule? ☐ Yes ☐ No
*If "Yes", please provide a brief description:*
______
5. Has the **Firm** or any of **You** ever represented debtors in bankruptcy proceedings where the total debt exceeded $10M? ☐ Yes ☐ No
*If "Yes", please describe and provide dollar value of total debt:*
______



HANOVER
Lawyers Advantage
Combined AOP Supplemental Questionnaire

**COLLECTIONS**

☑ N/A

1. How many lawyers at the **Firm** perform collections work? 0
2. What is the average number of years of collections experience? ______
3. Regarding the **Firm's** collections practice over the last 12 months, please provide a percentage breakdown:

   Consumer Collections: ______%

   Commercial Collections: ______%

   Mortgage Foreclosures: ______%
4. How many collection cases did the **Firm** handle in the past 12 months? ______
5. What was the average dollar value of all collection cases handled by the **Firm** in the past 12 months? $______
6. What was the maximum value of any single collection case handled by the Firm in the past 12 months? $______
7. Does the **Firm** provide any services to purchasers of debt or debt consolidators? ☐ Yes ☐ No
   *If "Yes", please explain:*
   ______
8. Does the **Firm** accept collection cases in states outside of the **Firm's** office location(s)? ☐ Yes ☐ No
   *If "Yes", please explain:*
   ______
9. Does the **Firm** have written procedures to verify compliance with the FDCPA and all amendments? ☐ Yes ☐ No
10. Does the **Firm** have written procedures to verify the validity of an alleged debt? ☐ Yes ☐ No
11. Have all collection letters and correspondence been reviewed and standardized to assure compliance with all state and federal statues? ☐ Yes ☐ No
12. Does the **Firm** use a formal script that is fully compliant with all state and federal collection laws when contacting debtors by phone? ☐ Yes ☐ No

*If "No" to any of Questions 10-13, please provide an explanation on a separate sheet of paper.*

13. Does the **Firm** permit outside collection firms to use its name or the name of any of its attorneys in collection activities? ☐ Yes ☐ No
14. Does the **Firm** or any of its attorneys have any kind of ownership interest in an outside collection agency? ☐ Yes ☐ No
15. Within the past five years, has the **Firm** or any of its attorneys executed any hold harmless or indemnity agreement in favor of any collection clients regarding their own violation or alleged violation of collection laws? ☐ Yes ☐ No

*If "Yes" to any of Questions 14-16, please provide an explanation on a separate sheet of paper.*

**F. WILL/ESTATE/PROBATE/TRUST PRACTICE** ☐ N/A

1. How many lawyers at the **Firm** perform wills/estate/probate/trust (WEPT) work? 4



2. What is the average number of years of WEPT experience? 11
3. Does the **Firm** allow lawyers to accept gifts or bequests from WEPT clients? ☐ Yes ☑ No
4. Does the **Firm** provide investment advice or make decisions resulting in the purchase or sale of securities, real estate, or other investments? ☐ Yes ☑ No
   *If "Yes", please explain:*
5. Do any lawyers at the **Firm** receive any kind of compensation from the purchase or sale of investment to or on behalf of any estate or trust? ☐ Yes ☑ No
6. Is any member of the **Firm** a Financial Advisor or Registered Representative? ☐ Yes ☑ No
   *If "Yes", please explain:*
7. Does the **Firm** have authority to write checks in connection with any services as an Executor or Trustee? ☐ Yes ☑ No
   *If "Yes", are dual or countersignatures required?* ☐ Yes ☐ No
8. For WEPT clients, does the **Firm**:
   a. Fully document all conversations and practices? ☑ Yes ☐ No
   b. Video the execution of the will and trust documents? ☐ Yes ☑ No
   c. Conduct a mental status evaluation? ☐ Yes ☑ No
   d. Fully vet and prepare any witnesses? ☑ Yes ☐ No
   yes 2 (assess testimentary/legal capacity)
9. Please complete the following chart estimating the percentage of **Firm's** WEPT work according to client's total asset size:

| Clients Total Assets | Estimated Percentage of WEPT Work |
|---|---|
| Less than $2,000,000 | 88 % |
| Between $2,000,000 and $5,000,000 | 10 % |
| Between $5,000,000 and $10,000,000 | 2 % |
| More than $10,000,000 | 0 % |

10. What was the asset value of the largest estate or trust worked on in the past 12 months? 4 M
11. What was the average asset value of all estates & trusts worked on in the past 12 months? 1 M
12. What percentage of the **Firm's** (WEPT) practice falls into each of the following categories? *(Must total 100%)*

| **Estate Planning** | 40 % |
|---|---|
| Will Drafting | ☒ Yes ☐ No |
| Trust Drafting and Advice (Living, Gift, Life Insurance, Charitable, Special Needs) | ☒ Yes ☐ No |
| Private Business Succession and Tax Planning | ☐ Yes ☒ No |
| Medical Directives/Power of Attorney | ☒ Yes ☐ No |
| Other (please describe) | ☒ Yes ☐ No |



HANOVER
Lawyers Advantage
Combined AOP Supplemental Questionnaire

| **Estate Administration/Probate** | 40 % |
|---|---|
| Probate/Estate Administration | ☒ Yes ☐ No |
| Inheritance Tax Compliance | ☐ Yes ☒ No |
| Trust Administration | ☒ Yes ☐ No |

| **Estate Litigation** | 20 % |
|---|---|
| Will Contests/Probate Litigation | ☒ Yes ☐ No |
| Trustee/Executor Liability | ☒ Yes ☐ No |
| Trust Litigation (construing or reforming terms) | ☒ Yes ☐ No |
| Other (please describe) Protective Proceedings | ☒ Yes ☐ No |

## G. PLAINTIFF PERSONAL INJURY LITIGATION PRACTICE ☑ N/A

1. How many lawyers at the **Firm** perform plaintiff litigation work? 0
2. Total number of plaintiff personal injury cases during the past twelve months: ______
3. Percentage of cases settled before trial: ______%
4. Does the **Firm** use written referral agreements 100% of the time when cases are referred in or out of the **Firm**? ☐ Yes ☐ No
   *If "No" what documentation is used?*
   ______
5. Provide the following:
   a. Average dollar value of all plaintiff personal injury cases from the past 12 months: ______
   b. Largest judgment, award, or settlement from the past five years: ______
6. Types of cases:

| Category | Percentage of Cases in Each Category | Average Value per Case | Highest Value of Case in Past Five Years | Years of Experience | Number of CLE Hours in the Last Year |
|---|---|---|---|---|---|
| Asbestos | % | $ | $ | | |
| Automobile Liability | % | $ | $ | | |
| Aviation | % | $ | $ | | |
| Class Action / Mass Tort | % | $ | $ | | |
| Employment Law – Employee Rep.* | % | $ | $ | | |
| Legal Malpractice | % | $ | $ | | |
| Medical Malpractice | % | $ | $ | | |
| Non-Medical Professional Malpractice | % | $ | $ | | |
| Personal Injury / BI / PD | % | $ | $ | | |
| Pharmaceutical or Medical Device | % | $ | $ | | |
| Product Liability | % | $ | $ | | |
| Slip and Fall | % | $ | $ | | |
| Tobacco | % | $ | $ | | |
| Toxic Tort | % | $ | $ | | |
| Workers Compensation | % | $ | $ | | |
| Wrongful Death | % | $ | $ | | |
| Other: | % | $ | $ | | |

**If any "Employment Law – Employee Representation", please complete the Employment Law section of this questionnaire.*



HANOVER
Lawyers Advantage
Combined AOP Supplemental Questionnaire

## H. REAL ESTATE PRACTICE ☐ N/A

1. How many lawyers at the **Firm** perform real estate work? 2
2. What is the average number of years of real estate experience? 16
3. What percentage of the **Firm's** real estate practice comes from each of the areas? *(Must total 100%)*

| Real Estate Practice Areas | Current Year | Previous Year |
|---|---|---|
| a. Residential Title searches, rendering of title opinions and other title work | % | % |
| b. Commercial Title searches, rendering of title opinions and other title work | % | % |
| c. Residential Closings – representation of buyers/lenders | % | % |
| d. Residential Closings – representation of sellers | % | % |
| e. Commercial Closings – representation of buyers/lenders | % | % |
| f. Commercial Closings – representation of sellers | % | % |
| g. Residential Land Use, Zoning | % | % |
| h. Commercial Land Use, Zoning | % | % |
| i. Eminent Domain | % | % |
| j. Landlord / Tenant | 70 % | 70 % |
| k. Construction Work and Mechanics' Liens | 10 % | 10 % |
| l. Condominiums, Cooperatives, and Town Houses (including conversion) | 10 % | 10 % |
| m. Foreclosure Work | 10 % | 10 % |
| n. Speculative Real Estate | % | % |
| o. Oil/Gas, Mineral, or Water Rights | % | % |
| p. Other (please describe): | % | % |

4. Please provide a breakdown between residential and commercial, along with the average and maximum transaction values for each.

| | | | |
|---|---|---|---|
| Residential Real Estate | 100 % | $ 50,000 average | $ 650,000 max. |
| Commercial Real Estate | % | $ average | $ max. |

5. During the last five (5) years, has the **Firm** or any of **You** been involved in the formation of real estate Syndications, real estate Investment Trusts, or Limited Partnerships? ☐ Yes ☒ No
*If "Yes",*
   a. Please explain: ____________________
   b. List percentage of gross billings for the last year derived from:
      Real Estate Limited Partnerships ______%
      Real Estate Syndications ______%
      Real Estate Investment Trusts ______%



HANOVER
Lawyers Advantage
Combined AOP Supplemental Questionnaire

6. With regard to the **Firm's** real estate clients, does the **Firm** or any of **You**:
   a. Have a business relationship with the client other than the rendering of legal services? ☐ Yes ☑ No
   b. Accept a percentage of the dollar value of a transaction in lieu of legal fees? ☐ Yes ☑ No

   *If "Yes" to a or b above please explain:*

## I. EMPLOYMENT LAW PRACTICE ☑ N/A

1. How many lawyers at the **Firm** perform employment law work? 0
2. What is the average number of years of employment law experience? ____
3. Within the past five years, has the **Firm** or any of **You** been involved with any of the following:
   a. Whistleblower cases ☐ Yes ☐ No
   b. False Claims Act ☐ Yes ☐ No
   c. Employment-related class action or collective action cases ☐ Yes ☐ No
   d. Wage and hour claims ☐ Yes ☐ No
   e. Collective bargaining ☐ Yes ☐ No

   *If "Yes" to any of the above, please provide a detailed explanation:*

4. Has the **Firm** or any of **You** ever been involved with a case that was the subject of news media reports? ☐ Yes ☐ No

   *If "Yes", please provide details:*

5. Has the **Firm** or any of **You** ever represented a celebrity, politician, or other public figure OR been involved with any high profile cases? ☐ Yes ☐ No

   *If "Yes", please provide a detailed explanation:*

6. Please list your five largest clients/cases from the past two years within employment law:

| Client Name | Industry | Case Value | Status of Case |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



The undersigned, acting on behalf of all Applicants, declares that the statements above are true and complete, that thorough efforts were made to obtain requested information from all persons to be insured, no facts have been suppressed or misstated, and I/we understand that this supplement becomes part of the application.

***Date*** ***Signature / Title***

7-7-2021 [signature]

(mm/dd/yyyy) (Chief Executive Officer, President, Financial Officer, Managing Partner or Owner)

Jennifer S. Gormley

(mm/dd/yyyy) (Print Name and Title)

**A POLICY CANNOT BE ISSUED UNLESS THE "QUESTIONNAIRE" IS PROPERLY SIGNED AND DATED.**
Please submit this "Questionnaire" including appropriate documentation to your agent.



HANOVER
Lawyers Advantage
Professional Liability Insurance

# Disciplinary Questionnaire

*Underwritten by The Hanover Insurance Company*

**NOTICE: THIS QUESTIONNAIRE IS FOR A CLAIMS-MADE AND REPORTED POLICY. SUBJECT TO ITS TERMS, THIS POLICY WILL APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

## INSTRUCTIONS

Whenever used in this Questionnaire, the term **Firm** shall mean the **Named Insured** proposed for insurance, and **You** or **Your(s)** shall mean the persons and entities proposed for insurance unless otherwise stated.

## A. GENERAL INFORMATION

Name of **Firm** ____________________

## B. DISCIPLINARY INFORMATION

1. Please attach copies of the complaint and all correspondence between the governing body, the lawyer and the complainant, including the final orders. Check to confirm attachment: ☐

2. Name of lawyer(s) involved in the complaint: ____________________

3. Name of complainant(s):

| | | |
|---|---|---|
| N/A | Client ☐ | 3rd Party ☐ |
| | Client ☐ | 3rd Party ☐ |
| | Client ☐ | 3rd Party ☐ |

4. a. When was notification received from the Disciplinary Commission or governing body of **Your** state? __________
   b. When did **You** respond to the governing body? __________

5. a. Did you report this to **Your** insurance carrier? ☐ Yes ☐ No
   b. If reported, please list the name of the insurance carrier: __________
   c. Date reported: __________
   d. If the matter was not reported to the insurance carrier please explain why:
   ____________________

6. Was this complaint made after a suit for fees was initiated? ☐ Yes ☐ No

7. a. What were the allegations in the complaint? Include a description of the legal services rendered in the underlying matter.
   ____________________



HANOVER
Lawyers Advantage
Disciplinary Questionnaire

b. What is the current status of the complaint: Open/Pending ☐ Closed with finding ☐ Closed without finding ☐

c. What, if any, discipline or sanction was administered?

_______________

_______________

8. As a result of this matter, what changes have been implemented to reduce the likelihood of similar complaints in the future?

N/A

The undersigned, acting on behalf of all of **You** , declares that the statements above are true and complete, that thorough efforts were made to obtain requested information from all persons to be insured, no facts have been suppressed or misstated, and I/we understand that this supplement becomes part of the application.

| ***Date*** | ***Signature / Title*** |
| --- | --- |
| 5-27-21 (mm/dd/yyyy) | [signature] (Chief Executive Officer, President, Financial Officer, Managing Partner or Owner) |
| (mm/dd/yyyy) | Jennifer S. Gormley (Print Name and Title) |

**A POLICY CANNOT BE ISSUED UNLESS THE "QUESTIONNAIRE" IS PROPERLY SIGNED AND DATED.**
Please submit this "Questionnaire" including appropriate documentation to your agent.

HANOVER
# Lawyers Advantage
Professional Liability Insurance

## *Oil, Gas and Minerals Questionnaire*

*Underwritten by The Hanover Insurance Company*

**NOTICE: THIS QUESTIONNAIRE IS FOR A CLAIMS-MADE AND REPORTED POLICY. SUBJECT TO ITS TERMS, THIS POLICY WILL APPLY ONLY TO CLAIMS FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD THAT MAY APPLY. PLEASE READ THE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

### INSTRUCTIONS

Whenever used in this Questionnaire, the term **Firm** shall mean the **Named Insured** proposed for insurance, and **You** or **Your(s)** shall mean the persons and entities proposed for insurance, unless otherwise stated.

### GENERAL INFORMATION

1. Name of **Firm** ______________________________

2. Please provide the following information regarding lawyers providing legal services in the Oil, Gas and Minerals area of practice over the past five years (use additional sheets if necessary):

| Name of Lawyer | Years of Oil/Gas/Minerals Experience | Percentage of Time Devoted to O/G |
|---|---|---|
| | | |
| | N/A | |
| | | |
| | | |

3. Please complete the following table for **Your** top five Oil/Gas/Minerals clients:

| Client Name | Type of Client | Type of Business | Gross Billable Hours |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. Are title searches performed related to this practice area? ☐ Yes ☐ No

5. Do any of **You** have an ownership interest in any client(s) within this field? ☐ Yes ☐ No


HANOVER
Lawyers Advantage
Oil, Gas and Minerals Questionnaire

6. Please advise if any of **You** are involved in the following relating to **Your** Oil, Gas and Minerals practice:

| | | |
|---|---|---|
| a. | Contract Drafting | ☐ Yes ☐ No |
| b. | Environmental issues (eg. OPA 90 regulations, Air and Water permit issuance) | ☐ Yes ☐ No |
| c. | Liens | ☐ Yes ☐ No |
| d. | Loans secured by Oil and Gas leases | ☐ Yes ☐ No |
| e. | Mineral leases | ☐ Yes ☐ No |
| f. | Naturally occurring radioactive material (NORM) litigation | ☐ Yes ☐ No |
| g. | Purchase & Sale Agreements | ☐ Yes ☐ No |
| h. | Oil and Gas leases | ☐ Yes ☐ No |
| i. | Royalty Agreements | ☐ Yes ☐ No |
| j. | Seismic Agreements | ☐ Yes ☐ No |
| k. | Taxation | ☐ Yes ☐ No |
| l. | Title opinions | ☐ Yes ☐ No |
| m. | Valuation of subsurface Oil and Gas | ☐ Yes ☐ No |

*If "Yes" to any part of this question, please provide details:* N/A

7. Is this area of practice performed in conjunction with another area of practice (for example, mineral rights in conjunction with real estate, environmental work, litigation, etc.)?

*If "Yes", please provide details regarding the relationship between the practice areas:*

The undersigned, acting on behalf of all Applicants, declares that the statements above are true and complete, that thorough efforts were made to obtain requested information from all persons to be insured, no facts have been suppressed or misstated, and I/we understand that this supplement becomes part of the application.

***Date*** 4-27-21 (mm/dd/yyyy)

***Signature / Title*** [signature] (Chief Executive Officer, President, Financial Officer, Managing Partner or Owner)

(mm/dd/yyyy)

Jennifer S. Gormley, Esq. (Print Name and Title)

**A POLICY CANNOT BE ISSUED UNLESS THE "QUESTIONNAIRE" IS PROPERLY SIGNED AND DATED.**
Please submit this "Questionnaire" including appropriate documentation to your agent.

Law Office of Jennifer S. Gormley, P.C.

*www.elderlawsource.com*

6060 Greenwood Plaza Blvd., Suite 300 • Greenwood Village, Colorado 80111 • 303.783.9600 • 303.783.9610 (Fax)